```
              IN THE UNITED STATES DISTRICT COURT FOR
                 THE SOUTHERN DISTRICT OF GEORGIA
                         SAVANNAH DIVISION
```

KRISTEN GARDNER HUNTER, as )
Executor of the Estate of )
Randall Don Hunter, Deceased, )
as Surviving Spouse of Randall )
Don Hunter, as Guardian of )
M.S.H., a minor, and as )
Guardian of M.B.H., a minor, )
                                 )
    Plaintiff, )
                                 )
v. )    CASE NO. CV419-174
                                 )
CONTINENTAL MOTORS, INC. d/b/a )
Continental Aerospace )
Technologies; and UNITED STATES )
OF AMERICA; )
                                 )
    Defendants. )

## **O R D E R**

Before the Court is the parties' Joint Rule 21 Motion to Dismiss Continental Motors, Inc. ("Continental Motors"). (Doc. 52.) On July 23, 2020, the Court ordered the parties to inform the Court of the status of their proposed settlement. (Doc. 49.) In response to that order, on August 3, 2020, the parties filed a joint status report informing the Court that their settlement had been finalized. (Doc. 50.) Subsequently, on August 11, 2020, Plaintiff Kristen Hunter and Defendant Continental Motors filed their Joint Motion to Dismiss Defendant Continental Motors. (Doc. 52.)

In their joint motion, the parties state that the "settlement has been approved by the Conservator under O.C.G.A. § 29-3-22(a)." (Id. at 1.) The parties, however, do not attach any documentation showing the state court's approval of the settlement nor do the parties provide this Court the terms of the settlement. Because this case involves minors, Court must approve the settlement of any claims. See S.D. Ga. L.R. 17.1(a). The parties have failed to comply with Local Rule 17.1, and, therefore, their motion (Doc. 52) is **DENIED WITHOUT PREJUDICE.**

If the parties wish to refile a petition for approval of the settlement, they must do so within **twenty (20) days** from the date of this order. The parties may file a stipulated dismissal of Defendant Continental Motors pursuant to Federal Rule of Civil Procedure 21 after the Court reviews and approves their settlement. In the meantime, the Clerk of Court is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** Continental Motors' Motion to Dismiss (Doc. 13) and Renewed Motion to Dismiss (Doc. 24) and Plaintiff's Motion for Leave to Conduct Jurisdictional Discovery and Motion to Stay (Doc. 17).

SO ORDERED this 13th day of August 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA