AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

KRISTEN GARDNER HUNTER,

Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: 4:19-cv-00174

THE UNITED STATES OF AMERICA,

Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated September 14 2026, judgment is entered in favor of the Defendant, The United States of America. This case stands closed.

9/14/2026
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(By) Ann Duke, Deputy Clerk*